UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal No.   23-CR-166 (DLF) |
| v. | : |
| | : |
| FIROZ PATEL, | : 18 U.S.C. § 1512(c)(1) |
| | : (Obstruction of an Official Proceeding) |
| Defendant. | : |
| | : |
| | : |
| | : Forfeiture: |
| | : 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461, |
| | : and 21 U.S.C. § 853(p). |
| | : |
| | : |
| | : |

**SUPERSEDING INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

Beginning in or around July 2020 and continuing through at least June 2021, within the District of Columbia and elsewhere, defendant,

**FIROZ PATEL,**

did corruptly alter, destroy, mutilate, and conceal a record, document, or other object, or attempted to do so, with the intent to impair its integrity and availability for use in an official proceeding, in *United States v. Firoz Patel*, Case Number 18-CR-53, in the U.S. District Court for the District of Columbia, by concealing records and documents relating to his ownership and control over 450 BTC was subject to a forfeiture order in *United States v. Firoz Patel*, Case Number 18-CR-53.

(In violation of Title 18, United States Code, Section 1512(c)(1))

1

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One the defendant shall forfeit to the United States any property, real or personal, involved in these offenses, and any property traceable to such property, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

## SPECIFIC PROPERTY SUBJECT TO FORFEITURE

The United States Attorney alleges that the specific property subject to forfeiture includes 450 Bitcoin seized on or about January 11, 2022.

## MONEY JUDGMENT

The United States will seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, involved in Count One and any property traceable to such property.

## SUBSTITUTE ASSETS

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461; and Title 21, United States Code, Section 853(p)).**

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: <u>/s/ *Kevin L. Rosenberg*</u>
Kevin L. Rosenberg,
OH Bar No. 0081448
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530

3